CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

APR 09 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 6:12-CR-00015 |
| ) | |
| JAMES BOWERS JOHNSON ) | |

## MOTION TO UNSEAL INDICTMENT

Comes now the United States of America, by counsel, and moves this Court, unseal the Indictment in the above referenced case, and in support of this Motion states as follows:

1. The federal Grand Jury sitting in Roanoke returned this Indictment on April 5, 2012.

2. Unsealing this Indictment will aid the United States Marshal's Service in locating and arresting the defendant.

WHEREFORE, the United States respectfully requests the Court enter an Order unsealing this Indictment.

Respectfully submitted,

TIMOTHY J. HEAPHY
United States Attorney

Date: April 9, 2012

C. Patrick Hogeboom, III
Assistant United States Attorney