# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### Harrisonburg DIVISION

## CRIMINAL MINUTES - ARRAIGNMENT

Case No.: 6:12cr00015-1               Date: 5/3/12

---

**Defendant:** James Bowers Johnson, present, custody        **Counsel:** Andrea Harris, AFPD, present

---

PRESENT:    JUDGE:           James G. Welsh, USMJ    TIME IN COURT: 3:36-3:50=14 min
            Deputy Clerk:    Karen Dotson
            Court Reporter:  Karen Dotson, FTR
            U. S. Attorney:  Shannon Wright for Pat Hogeboom
            USPO:            Eric Taylor
            Case Agent:      IRS SA Nicholas Pompei
            Interpreter:     n/a

☐ Arraignment and plea continued to New Date.
☐ Juvenile Information filed with Certificate of U. S. Attorney that State Court refuses jurisdiction.
☐ Defendant states that true name is Defendant name. Defendant given copy of Indictment or Information.
☐ Defendant(s) waives reading of Indictment or Information.
☐ Indictment or Information read.
☐ Defendant(s) is arraigned and specifically advised of rights (Rule 11 F.R.C.P).

DEFENDANT(S) PLEADS:

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|--------|--------|------------|------|---------|
| 1      |        | 1,2,3,4    |      |         |
| 2      |        |            |      |         |
| 3      |        |            |      |         |
| 4      |        |            |      |         |

☒ Jury trial set for July 2 & 3, 2012.
☐ Trial to be set by Clerk upon arrest of all defendants.
☐ Pretrial conference set for Pretrial Conference Date.
☒ Defendant(s) remanded to custody.
☐ Defendant(s) released on bond.

Additional Information:
Dft staes he does not want counsel
Dft staes he is not prepared to be arraigned
Dft would like the court to hear his motion to quash