James B Johnson
c/o Central Virginia Regional Jail
13021 James Madison Hwy
Orange, VA 22960

Lynchburg
Judge Moon
1101 Court
Lynchburg



Federal Court House
1100 Main Moon
Street, Ste A66
, VA 24504