IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CRIMINAL MINUTES - GENERAL MINUTES

Case No.: 6:12CR00015-001          Date: 6/13/2012

---

**Defendant:** James Bowers Johnson (custody)          **Counsel:** Randy V. Cargill &
                                                                 Andrea S.L. Harris (AFPD's)

---

PRESENT:   JUDGE:           Norman K. Moon       TIME IN COURT: 1:29 – 1:48 pm (19 mins.)
           Deputy Clerk:    Fay Coleman
           Court Reporter:  Darlene Owings w/Cavalier Reporting (sworn)
           U. S. Attorney:  Pat Hogeboom
           USPO:            Kim Mason
           Case Agent:      Nick Pompei (IRS-CI)
           Interpreter:     N/A

PROCEEDINGS:
COURT HEARING - Court advises the purpose of this hearing is to determine if the defendant is competent to understand the proceedings and to assist in his own trial. Court is aware of the 4/26/12 and 5/3/12 proceedings and takes judicial notice of the letter filed by the defendant pro se on 5/25/12.

Statements by counsel. Defense attorney Randy Cargill advises the Court that the defendant now accepts the public defender's representation. Court questions the defendant, and the defendant indicates he is willing to accept the representation of Ms. Harris and Mr. Cargill. Court inquires whether the defense can be ready for trial on 7/2/12 - 7/3/12. Defense counsel advises they cannot be ready by that time.

Court finds by a preponderance of the evidence that the defendant appears to be competent and able to assist with trial preparation.

Government attorney advises that the defendant appears to have financial means to retain counsel and pay for the Public Defender's representation at the conclusion of this case. Court directs probation officer to get the defendant to complete a financial affidavit.

Brief recess to allow defense attorney to meet with late-arriving witnesses and for probation officer to meet with defendant.