UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

CRIMINAL MINUTES - MOTION HEARING

Case No.: 6:12CR00015-001            Date: 1/2/2013

| Defendant: James Bowers Johnson, Pro Se (Custody) | Counsel: Randy V. Cargill, Standby Counsel AFPD) |
|---|---|

PRESENT:
JUDGE:              Norman K. Moon     TIME IN COURT: 9:55-10:33 am (38 mins.)
Deputy Clerk:       Fay Coleman
Court Reporter:     Julia A. Bammel w/Cavalier Rptg. (sworn)
U. S. Attorney:     Pat Hogeboom
USPO:               Kim Mason
Case Agent:         None
Interpreter:        N/A

## WITNESSES:

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |

## PROCEEDINGS:

Government counsel notes that a Motion in Limine (doc. no. 80) was e-filed by the government on 12/31/2012. Arguments heard on government's Motion for Competency Examination (doc. no. 77). Court questions defendant and comments as to the charges pending in this case. Oral order denying Motion for Competency Examination (doc. no. 77) for reasons stated on the record. Court advises defendant that he must abide by the rules of court at trial and whatelse as stated on the record.