IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:12-cr-00015 |
| v. | ORDER |
| JAMES BOWERS JOHNSON,  *Defendant.* | JUDGE NORMAN K. MOON |

    A jury trial in this matter is set to begin on Tuesday, January 15, 2013. In anticipation of trial, the parties are hereby directed to submit any proposed jury instructions or motions in limine no later than 12:00 noon on Thursday, January 10, 2013.

    The Clerk of the Court is hereby directed to send a certified copy of this order to all counsel of record and to Defendant at his current place of incarceration.

    It is so ORDERED.

Entered this __2nd__ day of January, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE