# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

## CRIMINAL MINUTES – JURY TRIAL – DAY 4

Case No.: 6:12CR00015-001                                      Date: 1/18/2013

**Defendant:** James Bowers Johnson (Custody)        **Counsel:** Randy Cargill & Andrea Harris (AFPD)

PRESENT:    JUDGE:                    Norman K. Moon    TIME IN COURT: 10:33-11:47, 12:34-12:38,
                                                                        1:58-2:02 (1 hr. 22 min.)
            Deputy Clerk:             Fay Coleman
            Court Reporter:           Carol Jacobs
            U. S. Attorney:           Pat Hogeboom/Shannon Wright
            USPO:                      Kim Mason
            Case Agent:               Nick Pompei, IRS-CI
            Interpreter:              N/A

### LIST OF WITNESSES

| GOVERNMENT | DEFENDANT |
|---|---|
|  |  |

PROCEEDINGS:

Brief discussion regarding jury instructions. Jury in. Court continues jury instructions. Closing arguments by counsel. Jury instructions completed by the Court. Alternate jurors separated from jury. Jury retires to deliberate at 11:45 a.m. No objections to jury instructions. Court recessed awaiting return of jury.

Jury question. Court resumes and jury question is discussed with counsel. Judge returns written response to the jury.

Jury returns with verdict at 1:58 p.m. Verdict of guilty as to all counts (Counts 1, 2, 3 and 4) published. No motions before jury is excused. Jury excused. No motions after the verdict.

Sentencing set on April 11, 2013, at 10:45 a.m. Defendant remains in custody.