**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal Case No. 6:12cr00015 |
| | ) | |
| v. | ) | **2255 FINAL ORDER** |
| | ) | |
| **JAMES BOWERS JOHNSON,** | ) | By: Norman K. Moon |
| Petitioner. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** as follows:

(1) Johnson's second motion to amend his motion pursuant to 28 U.S.C. § 2255 (Docket No. 205) is **DENIED**;

(2) The government's motion to dismiss (Docket No. 194) is **GRANTED**;

(3) Johnson's motion pursuant to 28 U.S.C. § 2255 (Docket No. 186) is **DISMISSED**;

(4) Johnson's motion for issuance of subpoena (Docket No. 206) is **DISMISSED** as moot;

(5) Johnson's motion to appoint counsel (Docket No. 207) is **DISMISSED** as moot;

(6) Johnson's motion for limited discovery (Docket No. 208) is **DISMISSED** as moot;

(7) Johnson's motion to unseal documents (Docket No. 215) is **DISMISSED** as moot;

(8) Johnson's motion for grand jury transcripts and materials (Docket No. 216) is **DISMISSED** as moot;

(9) This action is **STRICKEN** from the active docket of this court; and

(10) Finding that Johnson has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTER:** This  7th  day of January, 2016.

s/Norman K. Moon

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE